UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20332-MOORE

UNITED STATES OF AMERICA,

vs.

VICTOR ALFONSO MOSQUERA PEREZ,

    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on [5] Notice of Fugitive Status, filed by the Government. Upon review of the Notice, the record, and just cause having been shown, it is hereby

ORDERED this matter is transferred to the Clerk's Fugitive File until such time as the Defendant, who is a fugitive, is apprehended and brought forward for trial.

DONE AND ORDERED in Chambers, at Miami, Florida, this 3rd day of December, 2014.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

copies furnished to:
All Counsel and Parties of Record