UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  14-CR-20332-MOORE

UNITED STATES OF AMERICA,

vs.

VICTOR ALFONSO MOSQUERA PEREZ,

    Defendant.
_____/

**SENTENCING MINUTES**
DATE:  4/28/2016
TIME:  45 Minutes

| | |
|---|---|
| Clerk: | Robin Godwin |
| Reporter: | Gilda Pastor-Hernandez |
| AUSA: | Michael Nadler |
| Deft. Counsel: | David M. Fernandez |
| Interpreter: | Spanish |

## JUDGMENT AND SENTENCE

| | |
|---|---|
| Imprisonment: | 292 Months as to Count One. |
| Supervised Release: | 5 Years as to Count One; special conditions as set forth in Part G of the Pre-sentence Investigation Report. |
| Assessment | $ 100.00 |
| Forfeiture: | Forfeiture of the defendant's right, title and interest in certain property is hereby ordered consistent with the plea agreement including items stated at the hearing. The United States shall submit a proposed order of forfeiture within three days of this proceeding. |

**Remanded to USM**

| | |
|---|---|
| Recommendations: | Designation to a facility as close as possible to family in South Florida. Credit from December 12, 2014 when arrested in Spain on U.S. Charges. |